IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TODDRICK DONTAE HUNTER,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No: 5:15-CV-0287-MTT |
| **Officer WILCOX, et al,** | : | |
| | : | |
| Defendants | : | |

## ORDER

Plaintiff Toddrick Dontae Hunter, an inmate currently confined at Wilcox State Prison, filed a *pro se* civil rights complaint in this Court seeking relief under 42 U.S.C. § 1983. A review of Court records reveals, however, that Plaintiff's present Complaint is identical to one he filed in this Court against the same defendants on or about April 12, 2015: *Hunter v. Wilcox*, 5:15-cv-138-LJA-MSH. Plaintiff's first case is still active.

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of one already pending in federal court. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative of another suit if the parties, issues, and available relief do not significantly differ between the two actions." *IA. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). Because the complaints in these cases are identical – i.e., against the same parties and based upon the same events - the present action is plainly duplicative of one already pending in this Court and shall be **DISMISSED** for this reason. *See Curtis*, 226 F.3d at 138.

Leave to proceed *in forma pauperis* is **GRANTED** only for the purpose of dismissal.

**SO ORDERED**, this 28th day of July, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT